UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| KATHLENE MARCHELE SMITH, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Case No. 3:14-CV-363-PLR-HBG |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Order, the Report and Recommendation of the Magistrate Judge [R. 24] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

**IT IS ORDERED**, for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling that that the Plaintiff's Motion for Judgment Based upon the Administrative Record [R. 16] is **GRANTED IN PART**, and the Commissioner's Motion for Summary Judgment [R. 21] is **DENIED.**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT

1